IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARVEY MCCOYIE**<br>**2425 25th Street SE**<br>**Washington, DC 20020**<br><br>   **Plaintiff,**<br> **vs.**<br><br>**WASHINGTON METROPOLITAN**<br>**AREA TRANSIT AUTHORITY,**<br>**300 7th Street, SW**<br>**Washington, DC 20024**<br><br>   **Defendant.** | **Civil Action No.:1:23 cv 2064** |

## FILING OF PLEADINGS AND OTHER PAPERS FILED IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

NOW COMES defendant, Washington Metropolitan Area Transit Authority, (hereinafter "WMATA"), by and through undersigned counsel, hereby submits a listing of the previous filings made by Plaintiff in the Superior Court of the District of Columbia:

1. Complaint and Demand for Jury

2. Affidavit of Service[1]

3. Notice of Remote Scheduling Conference

These documents constitute all documents known to WMATA related to this case.

---

[1] The Affidavit of Service filed in the Superior Court of the District of Columbia is faulty and incorrect. First, the process server stated he served WMATA's General Manager. That is not possible. WMATA's General Manager does not accept service of process for WMATA. Second, the process server described Randy Clarke as a 5'6" African American female. WMATA's General Manager is not female, African American, or 5'6". Third, proper service of process on WMATA is made by service on its General Counsel, not its General Manager.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By Counsel:

/s/ *Neal M. Janey, Jr.*
Neal M. Janey, Jr., *Bar No.*: 995449
Senior Counsel II
Legal Department – WMATA
300 7th Street SW
Washington, DC 20024
Telephone: (202) 627-4540
Facsimile:   (202) 962-2550

*Counsel for WMATA*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was emailed and mailed first class, postage prepaid, on the 18th day of July, 2023 to:

Stephen M. Gensemer, Esquire
8403 Colesville Road, Suite 1250
Silver Spring, Maryland 20910
Email: sgensemer@ashcraftlaw.com

/s/ *Neal M. Janey, Jr.*
Neal M. Janey, Jr.