## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| **HARVEY MCCOYIE**<br>**2425 25th Street, SE**<br>**Washington, DC 20020**<br><br>Plaintiff,<br><br>v.<br><br>**WASHINGTON METROPOLITAN**<br>**AREA TRANSIT AUTHORITY**<br>**300 7th Street, SW**<br>**Washington, DC 20024**<br><br>**SERVE: Randy Clarke**<br>  **General Manager**<br>  **300 7th Street, SW**<br>  **Washington, DC 20024**<br><br>Defendant. | Civil No.: |

### COMPLAINT

COMES NOW the Plaintiff, Harvey McCoyie, by and through counsel, Stephen M. Gensemer and Ashcraft & Gerel, LLP, and hereby files this Complaint against the Defendant, Washington Metropolitan Area Transit Authority, and further alleges:

### COUNT I
(Negligence)

1.  On or about February 28, 2020, the Plaintiff, Harvey McCoyie (hereinafter referred to as "Plaintiff"), was lawfully traveling as a passenger on a bus in the area of 8th and H Street, in North East, Washington, DC.

2.  At the aforementioned time and place, and at all times relevant to the present cause of action, the bus in which the Plaintiff was traveling was owned, operated, and controlled by the Defendant through its driver who was at all times an agent, servant, and/or employee of

the Defendant, Washington Metropolitan Area Transit Authority, and was being conducted during routine business purposes.

3. While riding on the Defendant's bus the Plaintiff observed the bus stop at or near the aforementioned intersection before proceeding forward. As the bus was moving forward it slammed into another vehicle which was lawfully traveling in that area.

4. The force of the impact between the bus and the other vehicle was so strong as to cause the Plaintiff to fall out of his seat and land on the floor of the bus.

5. The Plaintiff while exercising due care and without any contributory negligence, was injured when driver of the Defendant's bus failed to control the vehicle, failed to maintain a safe distance between the bus and the vehicle in front of him, failed to pay full time and attention to the operation of the bus, and failed to avoid colliding with another vehicle.

6. Defendant and its driver had a duty to operate the bus in a safe and prudent manner, to keep the vehicle under control at all times, to maintain a constant lookout on the roadway, to maintain a safe distance between the bus and other vehicles on the roadway,, to act with reasonable care under the circumstances and to obey all traffic laws and regulations in effect in the District of Columbia.

7. Defendant, through its driver breached all of the aforesaid duties.

8. As an employer / master of the driver of the bus, Defendant is vicariously liable for the negligent acts and omissions of its agents, servants and/or employee bus drivers.

9. As a direct and proximate result of Defendant's negligence, the Plaintiff suffered severe, grievous, and permanent bodily injuries, which caused the Plaintiff and will continue to cause the Plaintiff severe pain, emotional distress and permanent disability, impairment and disfigurement.

10. As a further direct and proximate result of Defendant's negligence, the Plaintiff has incurred and will continue to incur in the future, substantial sums of money for medical care, attention and other expenses.

11. In addition, as a direct and proximate result of Defendant's negligence and the damages and injuries the Plaintiff sustained as a result, the Plaintiff was forced to miss time from work which resulted in a substantial lost wage claim in both past and future earnings as well as loss of future earning capacity.

WHEREFORE, the Plaintiff, Harvey McCoyie, prays for judgment against the Defendant, Washington Metropolitan Transit Authority in an amount greater than Seventy Five Thousand Dollars ($75,000.00), together with interest and the cost of the suit filed herein.

Respectfully submitted,

ASHCRAFT & GEREL, LLP

_____
Stephen M. Gensemer
DC Bar# 497977
8403 Colesville Road, Suite 1250
Silver Spring, Maryland 20910
(301)770-3737 Office
(240)764-4418 Fax
sgensemer@ashcraftlaw.com
*Counsel for Plaintiff*

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| **HARVEY MCCOYIE** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   Civil No.: |
| | * |
| **WASHINGTON METROPOLITAN** | * |
| **AREA TRANSIT AUTHORITY** | * |
| | * |
| **Defendant.** | * |

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a trial by jury on all issues in the above-captioned matter.

Respectfully submitted,

ASHCRAFT & GEREL, LLP

Stephen M. Gensemer
DC Bar#: 497977
8403 Colesville Road, Suite 1250
Silver Spring, Maryland 20910
(301)770-3737 Office
(240)764-4418 Fax
sgensemer@ashcraftlaw.com
*Counsel for Plaintiff*

4