## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARVEY MCCOYIE,<br><br>      *Plaintiff*,<br><br>  v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br><br>      *Defendant*. | Civil Action No. 23-2064 (LLA) |

## **ORDER**

For the reasons stated in the court's Memorandum Opinion, ECF No. 16, it is hereby **ORDERED** that the case is **DISMISSED** without prejudice.

This Order constitutes a final judgment of the court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

**SO ORDERED**.

                                              /s/ Loren L. AliKhan
                                              LOREN L. ALIKHAN
                                              United States District Judge

Date: August 28, 2024